AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

```
FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY
Date: Feb 24, 2025
```

UNITED STATES OF AMERICA )
v. )
) Case No. 5:25MJ-00019-LLK
)
**OSCAR RENE RODRIGUEZ**
*Defendant*

## CRIMINAL COMPLAINT

I, William Howland, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about February 3, 2025, in the county of McCracken in the Western District of Kentucky, the defendant violated:

Code Sections-- 8 U.S.C. § 1326(a)

Offense Description: Reentry After Deportation/Removal

This criminal complaint is based on these facts:

■ See attached Affidavit

*William Howland, Special Agent*
*Homeland Security Investigations*

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this the 24 day of February, 2025.*

Date: February 24, 2025

**Lanny King, Magistrate Judge**
**United States District Court**

City and State: Paducah, Kentucky

*RDM (AUSA initials)*

Case Number: 5:25MJ-00019-LLK

## Affidavit in Support of Criminal Complaint
## For Oscar Rene RODRIGUEZ

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Feb 24, 2025

Your Affiant, Special Agent William Howland, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1. I am a Special Agent employed by HSI currently assigned to the office in Paducah, Kentucky. I have been employed as an HSI Special Agent since September 2015. Prior to current my assignment with HSI, I served as a Police Officer, a United States Border Patrol Agent, and Immigration Enforcement Agent.

2. I am a law enforcement officer of the United States within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code 1326.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4. On February 3, 2025, Officer Bertrand from the Paducah Police Department stopped a white 2017 white Ram 2500 Pickup for a traffic violation near 2055 Irvin Cobb in Paducah, KY. Officer Bertrand identified the driver of the vehicle as Oscar Rene RODRIGUEZ.

4. After an investigation, Officer Betrand determined RODRIGUEZ was operating a motor vehicle under the influence of alcohol. Officer Bertrand arrested RODRIGUEZ for Operating a Motor Vehicle Under the Influence of Alcohol, Careless Driving, Failure to Produce Insurance Card, No Operators License, and Possession of Open Alcoholic Beverage Container in a Motor Vehicle and he was booked into the McCracken County, Jail in Paducah, KY.

5.  On February 4, 2025, RODRIGUEZ was released from the McCracken County Jail on personal recognizance.

6.  On February 4, 2025, I received information from Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) that RODRIGUEZ was positively identified through photographs and biometric data as a citizen and national of El Salvador who is present in the United States without admission or parole after being previously removed from the United States. RODRIGUEZ was released from the McCracken County Jail before ICE could issue an immigration detainer

7.  I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed RODRIGUEZ is an El Salvadoran citizen previously removed from the United States. RODRIGUEZ was assigned alien registration number 089473706 in 2009.

8.  RODRIGUEZ was initially apprehended by a United States Border Patrol Agent on June 2, 2009, near Lubbock, TX for being an alien present in the United States without admission or parole after he illegally entered the United States. A Border Patrol Agent determined RODRIGUEZ was a citizen of El Salvador who had unlawfully entered the United States from Mexico at a time and place other than as designated by immigration officers of the United States.

9.  A Border Patrol Agent issued RODRIGUEZ a Notice to Appear as per Section 212(a)(6)(A)(i) of the Immigration and Nationality Act. On June 9, 2009, RODRIGUEZ was ordered removed by an immigration judge and subsequently removed to El Salvador by ICE on July 9, 2009.

10. A review of electronic immigration records show RODRIGUEZ has not received permission from the Attorney General of the United States or the Secretary of Homeland Security

to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

11.    Based on the above information, your affiant believes that RODRIGUEZ is an alien who has been found in the United States in McCracken County in the Western District of KY, in violation of Title 8 of the United States Code, Sec. 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

William Howland
Special Agent
Homeland Security Investigations
Paducah, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this the 24 day of February 2025.

Lanny King, Magistrate Judge
United States District Court